2004–1279 and 2004–1696, *State v. Threatt*, Stark App. No. 2003CA00368, 2004-Ohio-3261, and that the briefing schedule remains stayed.

**2004–1696. State v. Threatt.**
Stark App. No. 2003CA00368, 2004-Ohio-3261. This cause is pending before the court on the certification of a conflict from the Court of Appeals for Stark County.

IT IS ORDERED by the court, sua sponte, that the stay of briefing is dissolved, and this cause is no longer held for the decisions in 2003–1048 and 2003–1049, *State v. White*, Guernsey App. No. 02CA23, 2003-Ohio-2289.

IT IS FURTHER ORDERED by the court that the Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Stark County and that the parties brief the following question as certified by the court of appeals:

"Under R.C. 2949.14 and R.C. 2947.23, may court costs assessed as part of a sentence be collected against a defendant convicted of a felony by levy or garnishment who was declared indigent during the criminal case?"

IT IS FURTHER ORDERED by the court that this case remains consolidated with 2004–1279, *State v. Threatt*, Stark App. No. 2003CA00368, 2004-Ohio-3261, and that the parties shall combine the briefing of 2004–1279 and 2004–1696 and file one brief for each permitted under S.Ct.Prac.R. VI; the parties shall file an original of the brief in each case and 18 copies of the brief; and the parties shall otherwise comply with the requirements of S.Ct.Prac.R. VI.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 8, 2005*

[Cite as *02/08/2005 Case Announcements,* 2005-Ohio-444.]

## MISCELLANEOUS DISMISSALS

**2005–0040. Norton McMurray Mfg. Co. v. Pub. Util. Comm.**
Public Utilities Commission, No. 00–681–GA–GPS. This cause is pending before this court as an appeal from the Public Utilities Commission of Ohio. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2005–0156. State ex rel. Dixon v. Airborne Express.**
Franklin App. No. 04AP–155, 2004-Ohio-7195.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2004–1957. Corporate Property Assoc. v. Wood Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2002–N–1836.

**2004–2044. Clearfield Village Ltd. v. Fulton Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2003–J–874.